**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| TH Properties, L.P., | : | Case No. 09-13201 (SR) |
| Debtor. | : | Joint Administration Requested |
| In re: | : | Chapter 11 |
| TH Properties of New Jersey, L.P., | : | Case No. 09-3211 (SR) |
| Debtor. | : | Joint Administration Requested |
| In re: | : | Chapter 11 |
| Northgate Development Company, LP, | : | Case No. 09-13208 (SR) |
| Debtor. | : | Joint Administration Requested |
| In re: | : | Chapter 11 |
| Morgan Hill Drive, LP, | : | Case No. 09-13213 (SR) |
| Debtor. | : | Joint Administration Requested |
| In re: | : | Chapter 11 |
| T.H. Properties, Inc., | : | Case No. 09-13204 (SR) |
| Debtor. | : | Joint Administration Requested |

09-13201-SR

**ORDER UNDER 11 U.S.C. §§ 302 AND 342(c)(1), FED. R. BANKR. P. 1005, 1015, AND 2002 DIRECTING JOINT ADMINISTRATION OF CASES AND WAIVING REQUIREMENTS OF 11 U.S.C. §§ 105 AND 342(c)(1) AND FED. R. BANKR. P. 1005 AND 2002(n)**

AND NOW, this 28th day of May 2009, upon consideration of the motion (the "Motion"),[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 302 and 342(c)(1), and Rules 1005, 1015(b), and 2002(n) of the Federal Rules of Bankruptcy Procedure, directing joint administration of these cases and administratively consolidating the respective chapter 11 cases of each Debtor for procedural purposes only, and waiving the requirement that the Debtors' captions list the Debtors' tax identification numbers and addresses; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

2. Each of the above-captioned chapter 11 cases of the Debtors shall be jointly administered by the Court.

3. The caption of the jointly administered cases shall as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| TH Properties, L.P., *et al.*,[2] | : | Case No. 09- 13201 (SR) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| - - - - - - - - - - - - - - | x | |

4. Each motion, application, and notice shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of TH Properties, L.P., Case No. 09-13201 (SR).

5. The requirement that each of the Debtors' addresses be contained in the caption is hereby waived.

6. A docket entry shall be made in each of the Debtors' cases substantially as follows:

---

[2] The Debtors and the last four digits of their taxpayer identification numbers are: TH Properties, L.P. (4545) TH Properties of New Jersey, L.P. (5640); Northgate Development Company, LP (8803); Morgan Hill Drive, LP (4624); TH Properties, Inc. (1947). The principal place of business for the Debtors is 345 Main Street, Harleysville, PA 19438.

**An order has been entered in this case directing the joint administration of the chapter 11 cases of TH Properties, L.P. and its affiliates and the docket in Case No. 09-13201 (SR), should be consulted for all matters affecting this case.**

7. The Court shall retain jurisdiction to hear and determine all matters related to or arising from implementation or interpretation of this Order.

Stephen Raslavich,
Chief, United States Bankruptcy Judge

Interested Parties:

Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker & Rhoads, LP
123 South Broad Street
Philadelphia, PA 19109

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107



2423244v1