## VERIFICATION

I, Oneather Kent, a Respondent in the instant action verify that the statements made in the foregoing Answer of the Motion of Debtors and Debtors-in-possession Pursuant to 11 USC Section 362 For a Finding of Contempt for Willful Violation of the Automatic Stay sale are true and correct to the best of my knowledge information and belief. I understand that such statements are subject to the penalties of 18 Pa.C.S. Section 4904 relating to unsworn falsification to authorities.

Dated: 6/17/11

_____
Oneather Kent, Respondent