# APPENDIX B –
# LIQUIDATION ANALYSIS

**TH Properties**
**Liquidation Analysis**

| | 9/30/11 Book Value | Adjustments to Book Value | Liquidation Value |
|---|---|---|---|
| **Assets** | | | |
| Unrestricted Cash | $ 265,584 | 100.0% | $ 265,584 |
| Restricted Cash (1) | 3,282,368 | 100.0% | 3,282,368 |
| Notes Receivable | 183,820 | 25.0% | 45,955 |
| Inventory | 115,825,214 | 10.0% | 11,595,000 |
| Prepaid Expenses | 75,972 | 0.0% | - |
| Professional Retainers (2) | 220,195 | 0.0% | - |
| Property, Plant & Equipment | 49,382 | 25.0% | 12,346 |
| Loans to Insiders | 44,797,200 | 0.0% | - |
| Deposits and Other Assets | 464,618 | 0.0% | - |
| **Net Recovery** | 165,164,353 | | 15,201,253 |
| **Administrative Expenses** | **Claim Amount** | **Expected Pmt** | **% Recovery** |
| Fees related to sale of partially unencumbered property | 52,000 | 52,000 | 100.0% |
| Chapter 7 Trustee Fees (3) | 37,350 | 37,350 | 100.0% |
| Chapter 7 Professionals | 100,000 | 100,000 | 100.0% |
| Chapter 11 administrative claims (4) | 393,663 | 393,663 | 100.0% |
| Chapter 11 Professionals (5) | 2,671,142 | 98,989 | 3.7% |
| **Total Administrative Costs** | 3,254,155 | 682,002 | 21.0% |
| Inventory Liquidation Value | | 11,595,000 | |
| Unencumbered inventory (applied to Admin expenses) | | 358,118 | |
| Proceeds Available for Secured Claims from Inventory | | 11,236,882 | |
| **Secured claims** | | | |
| Lenders' net claims at liquidation value | 83,224,049 | 11,236,882 | 13.5% |
| LOCs (1) | 3,282,368 | 3,282,368 | 100.0% |
| **Net Secured Claims** | 86,506,417 | 14,519,250 | 16.8% |
| **Proceeds Available for Priority Claims** | | | |
| Priority Claims | 611,789 | - | 0.0% |
| **Deficiency before Unsecured Claims (6)** | 75,171,109 | - | 0.0% |
| **Unsecured Claims** | | | |
| Unsecured Claims (7) | 105,909,826 | - | 0.0% |
| **Total Unsecured Claims** | 105,909,826 | - | 0.0% |
| **Total Deficiency after Unsecured Claims** | $ 181,080,935 | | |

**Notes**

(1) - Letters of Credit drawn from restricted cash.
(2) - Retainers have no liquidation value, but are used to off-set professional fees (see note 5)
(3) - Assumes secured lenders will take back properties and avoid Trustee fees.
(4) - Consolidated Accrued expenses at 9/30/11 plus accounts payable for THP LLC.
(5) - Professional fees approved and estimated fees to date ($250k), net of retainers (see note 2).
(6) - Unpaid Priority claims, unpaid Admin claims, and unpaid Secured claims.
(7) - Unsecured claim amount includes projected deficiencies by secured lenders, as well as bonding claim amounts.

**TH Properties**
**Inventory & Secured Claims**

| Creditor Class | Creditor | Community/Parcel | Claim Amount | | Liquidation Value |
|---|---|---|---|---|---|
| 1a | Affinity Bank | Arbor Court | $ 535,609.63 | | $ - |
| | | Stoneacre Ridge - Ellis | 272,341.25 | | - |
| | | Stoneacre Ridge - Leidy | 280,204.44 | | - |
| 1b | Beneficial Savings Bank | Melbourne Hill | 1,972,782.54 | | - |
| 1c | First Niagara Bank | Newport Landing - Nagdev | 102,417.18 | | |
| | | Newport Landing - Sandanato | 126,773.23 | | - |
| | | Kingston Hill - Lester | 189,785.69 | | - |
| | | Normandie | 9,182,959.54 | | - |
| | | Fleet Building | 429,316.61 | | - |
| | | Village at Wynstone | 5,248,934.37 | | - |
| | | Coddington View | 4,370,576.00 | | - |
| 1d | VIST Bank | Berwind II<br>Edgehill | 5,410,776.08 | | - |
| 1e | Univest National Bank | Westport Farms Franconia | 801,031.88 | | - |
| 1f | Indymac Bank | Kingston Hill - Ph. III | 2,563,156.61 | | 1,440,000.00 |
| 1g | Wachovia Bank | Village at Wynstone | 7,698,772.06 | | - |
| 1h | Bucks County Bank | 1104 Berkely Drive, Pennsburg | 285,000.00 | | - |
| 1i | VIST Bank | Kingston Hill - Ph. IV | 307,761.68 | | - |
| 1j | 233 Schuylkill Road LP | Stoneacre Ridge - Brusch | 1,897,264.92 | | 900,000.00 |
| 1 Misc(a) | National Penn Bank | Kingston Hill II | 127,773.23 | | - |
| | | Whitfield Estates I, IIA, IIB, & III | 6,511,683.59 | | - |
| 1 Misc(b) | Susquehanna Bank | Burbank Grove | 19,189,314.55 | | - |
| 1 Misc(c) | Continental Bank | Ivywood | 4,955,873.55 | | - |
| 2 | Turnersville Estate, LP | Northgate - Ph. I | 650,000.00 | (1) | 505,000.00 |
| | | Northgate - Ph. IIA | 830,201.59 | (2) | 720,000.00 |
| 3 | First Niagara Bank | Coddington View | 973,100.00 | | 150,000.00 |
| 4 | ProBuild East LLC | Barton Ridge | 92,576.18 | (3) | 520,000.00 |
| 4 | UGI/ServiceMark | Barton Ridge | 69,306.00 | (3) | - |
| 4 | Haines & Kibblehouse | Biltmore and Northgate | 7,200,000.00 | (2) | 7,170,000.00 |
| 4 | American Rock Mechanics | Northgate - Ph. II & III | 186,400.00 | | - |
| 4 | ProBuild East LLC | Northgate - Ph. II & III | 16,290.49 | | - |
| 5 | Reading Materials Inc | Northgate - Ph. 1 | 211,405.94 | (1) | - |
| 5 | Hearth & Home Technologies, Inc. | Stoneacre Ridge - Trolley Line | 354,575.00 | | 40,000.00 |
| 5 | Carroll Engineering | Melbourne Hill - Sewer Plant Prop | 150,000.00 | | 150,000.00 |
| 6 | Secured Tax Claims | All unsold lots | 30,085.34 | | - |
| | **TOTALS** | | **$ 83,224,049.17** | | **$ 11,595,000.00** |

Subject to security interest where encumbered.
Properties with no listed liquidation value have been turned over to the respective lender.
(1) - Northgate Phase 1 is secured by both Turnersville and Reading Materials Inc.
(2) - Northgate secures Turnersville and H&K - there are no unsecured proceeds on this property.
(3) - Barton Ridge is secured by liens from ProBuild and UGI/ServiceMark.