**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| TH PROPERTIES, L.P. | Chapter 11 |
| Reorganized Debtor. | Case No. 09-13201 (SR) |

**FINAL DECREE**

AND NOW, this 22nd day of Oct, 2014, upon consideration of the Reorganized Debtor's Motion for Entry of Final Decree (the "Motion"), and the Debtor having paid all outstanding fees and filed all outstanding reports with the United States Trustee, it is hereby:

ORDERED that a Final Decree is entered in the above-captioned matter and that the following case is closed: *In re: TH Properties, L.P.* (Case No. 09-13201-SR).

BY THE COURT:

The Honorable Stephen Raslavich,
United States Bankruptcy Judge